Stephen Stewart, sen. and Stephen Stewart, jun. (for the use of Levi Hollingsworth and Joseph Carson) *against* John Ross.

S. C. 2 Dall. 157.

Depositions of witnesses taken under a commission, allowed to be read in evidence, tho' all the interrogatories have not been answered, the commissioners on both sides and one of the plaintiffs having attended the execution of the commission.

DEBT. Exception was taken in this cause, to the execution of a certain commission issued to Baltimore in Maryland, because answers had not been given to all the plaintiffs interrogatories, by the witnesses examined for the defendant.

*Per Cur.* It appears here, that the commissioners appointed on both sides have attended the execution of the commission. There therefore can be no reasonable grounds of suspicion, as there might possibly have been, if the commissioners for the defendant alone had attended.

Besides, one of the plaintiffs was present, and we must presume that he waved the taking or putting down the answers, or that the witnesses knew nothing of the facts referred to.

Moreover it appears to us, that the interrogatories to which there are no answers, are specially calculated to be addressed to the clerks of the plaintiffs who have not been examined.

The commission and return were therefore read in evidence.

Messrs. Lewis, Sergeant and Hallowell, *pro quer.*

Messrs. Ingersol and Mifflin, *pro def.*